FILED: August 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1821
(8:21-cv-01130-DKC)

_____

MARK ZAID

        Plaintiff - Appellant

v.

DEPARTMENT OF JUSTICE

        Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:21-cv-01130-DKC |
| Date notice of appeal filed in originating court: | 08/01/2023 |
| Appellant(s) | Mark Zaid |
| Appellate Case Number | 23-1821 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |